IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD HINES, #156 086, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:09-cv-1113-TMH |
| ) | |
| ) | |
| LOUIS BOYD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #22) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED as follows:

1. that the RECOMMENDATION (Doc. #22) of the Magistrate Judge is ADOPTED;

2. that the Defendants' Motions for Summary Judgment (Docs. #9, 20) are GRANTED;

3. that judgment is GRANTED in favor of the Defendants; and

4. that the costs of this proceeding are TAXED against Plaintiff.

A separate judgment shall issue.

Done this 6th day of May, 2010.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE